# Court of Appeals
# of the State of Georgia

ATLANTA,__February 16, 2016____

*The Court of Appeals hereby passes the following order:*

**A16A0936. IN RE: ESTATE OF WILLIAM NASH.**

Laysha Kemp and Treneice Nash filed a caveat to the will of William Nash. The trial court upheld the validity of the will, and the caveators filed this direct appeal. Our constitution grants the Supreme Court jurisdiction over appeals in "[a]ll cases involving wills." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (3). As the Supreme Court has explained, "'all cases involving wills' means those cases in which the will's validity or meaning is in question." *In re Estate of Lott*, 251 Ga. 461 (306 SE2d 920) (1983). Because it appears this case involves the validity of William Nash's will, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___02/16/2016____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*